UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

_____

| In the Matter of | Case |
|---|---|
| **Native American Arts, Inc. v. Trippies, Inc.** | **07 CV 7111** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED ATTORNEY FOR:

**Trippies, Inc.**

_____
_____
_____
_____

| SIGNATURE | |
|---|---|
| /s/ John D. LaBarbera | |
| FIRM **SmithAmundsen LLC** | |
| STREET ADDRESS **150 NORTH MICHIGAN AVENUE, SUITE 3300** | |
| CITY/STATE/ZIP **CHICAGO, IL 60601** | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6274012 | TELEPHONE NUMBER **(312) 894-3200** |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES /x/   NO // | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES //    NO /x/ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES //    NO /x/ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES /x/   NO // | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL //        APPOINTED COUNSEL // | |