UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

_____

In the Matter of                                                                             Case
   **Native American Arts, Inc. v. Trippies, Inc.**                           **07 CV 7111**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED ATTORNEY FOR:

**Trippies, Inc.**

_____
_____
_____
_____

| | |
|---|---|
| SIGNATURE  /s/ Glen E. Amundsen | |
| FIRM   **SmithAmundsen LLC** | |
| STREET ADDRESS   **150 NORTH MICHIGAN AVENUE, SUITE 3300** | |
| CITY/STATE/ZIP   **CHICAGO, IL 60601** | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  3126776 | TELEPHONE NUMBER  (312) 894-3200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES /x/     NO / / | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES / /     NO /x/ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES /x/     NO / / | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES /x/     NO / / | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL  / /                                     APPOINTED COUNSEL  / / | |