UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

_____

In the Matter of                                                                 Case
    **Native American Arts, Inc. v. Trippies, Inc.**                    **07 CV 7111**


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED ATTORNEY FOR:

**Trippies, Inc.**

_____
_____
_____
_____

| | |
|---|---|
| SIGNATURE<br><br>/s/ Robert D. Boroff | |
| FIRM<br><br>    **SmithAmundsen LLC** | |
| STREET ADDRESS<br><br>    **150 NORTH MICHIGAN AVENUE, SUITE 3300** | |
| CITY/STATE/ZIP<br><br>    **CHICAGO, IL 60601** | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br><br>6289100 | TELEPHONE NUMBER<br>    **(312) 894-3200** |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES /x /    NO / / | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES / /    NO /x / | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES / /    NO / x / | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES / x /    NO / / | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL / /        APPOINTED COUNSEL / / | |