IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NATIVE AMERICAN ARTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 CV 7111 |
| | ) | Judge Bucklo |
| TRIPPIES, INC., | ) | Magistrate Judge Mason |
| | ) | |
| Defendant. | ) | |

**DEFENDANT TRIPPIES, INC.'S MOTION FOR ENLARGEMENT OF TIME
WITHIN WHICH TO ANSWER OR OTHERWISE PLEAD**

Defendant TRIPPIES, INC. ("Trippies"), by and through its attorneys, SmithAmundsen LLC., moves this Honorable Court for an enlargement of time within which to answer or otherwise plead to the allegations of Plaintiff, NATIVE AMERICAN ARTS, INC.'S ("NAA") Complaint. In support of its Motion, Trippies states as follows:

1. On December 18, 2007, NAA filed a Complaint against Trippies for allegedly violating 28 U.S.C. § 305, *et seq.*, the Indian Arts and Crafts Enforcement Act of 2000.

2. Counsel for Trippies filed its appearances on February 19, 2008.

3. Trippies now requires additional time to answer or otherwise plead to the allegations contained in NAA's Complaint.

4. Counsel for Trippies has conferred with NAA's counsel regarding its request for an enlargement of time and NAA does not object to Trippies's request for an enlargement of time to answer or otherwise plead.

5. In light of the foregoing, Trippies requests up to and including March 6, 2008, to answer or otherwise plead to NAA's Complaint in this matter.

WHEREFORE, Defendant, TRIPPIES, INC., respectfully requests that this Honorable Court enter an Order granting an enlargement of time within which to answer or otherwise plead to, on or before March 6, 2008.

Dated: February 19, 2008

                                            Respectfully submitted,

                                            TRIPPIES, INC.

                                            By:   /s/ Robert D. Boroff
                                                    One of Its Attorneys for Defendant

John D. LaBarbera (ARDC # 6274012)
Robert D. Boroff (ARDC # 6289100)
SmithAmundsen LLC
150 North Michigan Avenue
Suite 3300
Chicago, IL 60601
Phone: (312) 894-3200
FAX:   (312) 894-3210