IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NATIVE AMERICAN ARTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 C 7111 |
| | ) | |
| v. | ) | Judge Bucklo |
| | ) | |
| TRIPPIES, INC., | ) | |
| | ) | |
| Defendant. | ) | Jury Trial Demanded |
| | ) | |

**REPORT OF THE PARTIES PLANNING MEETING**

Plaintiff, Native American Arts, Inc., by and through its attorneys, Michael Patrick Mullen and Scott M. Kolosso of the law firm of Mullen & Foster, and in agreement with Defendant Trippies, Inc., by and through its attorney Glen Amundsen, John LaBarbera and Robert Boroff, of the law firm of SmithAmundsen, LLC, present the following Report of the Parties Planning Meeting.

**1.     Meeting:** Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on March 4, 2008 and the following attorneys participated in said meeting:

Plaintiff:  Scott M. Kolosso

Defendant:  John D. LaBarbera and Robert Boroff

**2.     Pre-trial Schedule:** The parties jointly propose to the Court the following discovery plan:

a.     Discovery will be needed on the following subjects: Plaintiff intends to pursue discovery regarding all aspects of the manufacture, offer, advertising, marketing, display and sale of the Indian products alleged to be in violation of the Indian Arts and Crafts Act, 25 U.S.C. § 305e.  Defendant intends to pursue discovery concerning Plaintiff's standing to bring suit under

the Indian Arts and Crafts Act, 25 U.S.C. § 305e including but not limited to discovery concerning Plaintiff's allegation that it is a Native American arts and crafts organization as that term is used in the Indian Arts and Craft Act and that all shareholders and employees of Native American Arts, Inc. are "Indians" as that term is used under the Indian Arts and Crafts Act. In addition, Defendant intends to pursue discovery on Plaintiff's claimed damages including but not limited to Plaintiff's alleged competitive injuries, loss due to purported misappropriation of Plaintiff's manner of doing business and purported entitlement to statutory damages pursuant to 25 U.S.C. § 305e.

    b.    Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) to be made by March 21, 2008. All discovery, including expert discovery, to be commence in time to be completed by December 1, 2008.

    c.    The parties expect they will need approximately the following number of depositions of fact witnesses:

    Plaintiff: 6-8 (excluding disclosed experts)

    Defendant: 12-15 (excluding disclosed experts)

    d.    The parties anticipate that a number of experts will be called upon to assist the Court and jury in understanding a number of complex issues arising in this matter. Reports from retained experts under Rule 26(a)(2) due:

Plaintiff: September 1, 2008

Defendant: November 1, 2008

    e.    All potentially dispositive motions should be filed by January 1, 2009.

    f.    Final pretrial order: Plaintiff to prepare proposed draft by February 16, 2009; parties to file joint final pretrial order by March 16, 2009.

      g.      The case should by ready for trial by <u>April 15, 2009</u> and is expected at this time to take approximately <u>four to six days</u>.

3. **Settlement:** The parties have begun initial settlement discussions.

4. **Consent:** Plaintiff does not consent to proceed before a Magistrate Judge. Defendant may consent to proceed before a Magistrate Judge.

Respectfully submitted,

/s/ Scott M. Kolosso \_\_\_\_\_             /s/John D. LaBarbera_____
One of the attorneys for Plaintiff             One of the attorneys for Defendant

Michael P. Mullen
Scott M. Kolosso
MULLEN & FOSTER
203 N. Wabash Ave., Suite 2300
Chicago, Illinois 60601
312-750-1600
Attorneys for Plaintiff Native American Arts, Inc.

Glen E. Amundsen
John D. LaBarbera
Robert Boroff
SMITHAMUNDSEN LLC
150 North Michigan Avenue
Suite 3300
Chicago, Illinois 60601
312-894-3200
Attorneys for Defendant Trippies, Inc.