IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIVE AMERICAN ARTS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TRIPPIES, INC., ) <br> ) <br> Defendant. ) <br> ) <br> ) | Civil Action No.: 07-C-7111 <br> Judge Bucklo <br> Magistrate Judge Mason |

## AFFIDAVIT OF KENNETH TRIPLETT

I, Kenneth Triplett, being duly sworn on oath, depose and state that if I were called to testify in the above-captioned matter, that I could testify as to the following facts of which I have personal knowledge:

1. Trippies, Inc. ("Trippies") was a family-run wholesaler and supplier of various products, including but not limited to figurines and statues.

2. Trippies was incorporated under the laws of the State of Ohio and had its principal place of business also located in Ohio.

3. The corporate officers of Trippies included Kenneth Triplett, Richard Triplett, and Robert Triplett.

4. The corporate headquarters of Trippies was located 287 Elam Road, Ray, Ohio 45672.

5. The physical structure of the Trippies corporate headquarters included a 258,000 square foot warehouse/office where Trippies stored its entire inventory. All products sold on



behalf of Trippies were shipped to customers from its corporate headquarters located in Ray, Ohio.

6. Trippies owned another warehouse located at 765 N. Hague Road, Columbus, Ohio 43204, and 1819 Wolcott Road, Columbus, Ohio 43228.

7. Trippies leased a showroom in DesPlaines, Illinois and Atlanta, Georgia where it displayed samples of its products. These showrooms were only open to the trade, not the general public, approximately seven times per year.

8. Trippies hired Edward Marshall from MP Printing & Design to produce an annual catalog of its products. MP Printing & Design is located at 4302 Gallia Street, Portsmouth, Ohio 45662.

9. Mr. Marshall created the catalog by photographing Trippies' products and including information such as: 1) the product's identification number; 2) the size of the product; 3) a generic description of the product; and 4) the price of each product.

10. A Trippies employee named Steven Sutherland maintained and controlled a website located at www.trippies.com from the Columbus, Ohio Trippies office.

11. Mr. Sutherland's duties included: uploading photographs of the Trippies products onto the Trippies website; drafting generic product descriptions; and handling on-line sales orders.

12. The Trippies website was only accessible to individuals who registered with Trippies. Registered users were given a unique login and password in order to access the Trippies website.

13. Registered users could only purchase products on the Trippies website if they spent more than $200.00.

14. On December 16, 2007, Trippies sold the business to an investment group. Therefore, Trippies is no longer an active corporation.

15. All records related to the Trippies website, the business operations of Trippies and its financial records are currently located in Ray, Ohio and Columbus, Ohio.

Further deponent sayeth naught.

_____
Kenneth Triplett

Subscribed and sworn to before me
this 4th day of March, 2008.

_____
MY NOTARY COMMISSION HAS NO EXPIRATION DATE
MARK OCHSENBEIN
ATTORNEY AT LAW

3