IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NATIVE AMERICAN ARTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 CV 7111 |
| | ) | Judge Bucklo |
| TRIPPIES, INC., | ) | Magistrate Judge Mason |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:   All Counsel of Record

      On March 12, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Bucklo, or any judge sitting in Room 1441 of the United States District Court for the Northern District of Illinois, Chicago, Illinois, and shall present the attached motion.

                                 **SMITHAMUNDSEN, L.L.C.,**

                                 /s/ John D. LaBarbera
                                 One of Its Attorneys for Defendant, Trippies

John D. LaBarbera (ARDC # 6274012)
Robert D. Boroff (ARDC # 6289100)
SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200