**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Native American Arts, Inc.
                        Plaintiff,

v.                                                   Case No.: 1:07–cv–07111
                                                      Honorable Elaine E. Bucklo

Trippies, Inc.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 7, 2008:

      MINUTE entry before Judge Elaine E. Bucklo :Motion to dismiss [16] is terminated as duplicate. Scheduling conference held on 3/7/2008 and the court approved parties' scheduling order. Set deadlines/hearing as to motion to dismiss[17] : Response due by 4/30/08; and any reply by 5/14/08. Target date for ruling by mail set for 6/13/08. Discovery ordered closed by 12/1/2008. Dispositive motions with supporting memoranda due by 1/2/2009. Pretrial Order due by 3/16/2009.Status hearing set for 7/9/2008 at 09:15 AM.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.