

PAINTED INDIAN WAR PONY





The AMERICAN INDIAN COLLECTION

EXHIBIT
E-1