



EXHIBIT

F

Blumberg No. 5208