


EXHIBIT H-1