





EXHIBIT

I