



EXHIBIT J