



EXHIBIT

k