

EXHIBIT

L

Blumberg No. 5208