

EXHIBIT M