





EXHIBIT O-1