



LEATHER INDIAN VASE

the AMERICAN INDIAN COLLECTION

EXHIBIT P-1