

Blumberg No. 5208
EXHIBIT Q