The
AMERICAN
INDIAN
COLLECTION
EXHIBIT
R
Blumberg No. 5208
