

EXHIBIT S
Blumberg No. 5208