



EXHIBIT

V

Blumberg No. 5208