



EXHIBIT X-1