

Blumberg No. 5208   EXHIBIT Y