



EXHIBIT Y-1