**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| NATIVE AMERICAN ARTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 C 7111 |
| | ) | |
| v. | ) | Judge Bucklo |
| | ) | |
| TRIPPIES, INC. and TRIPPIES, LLC | ) | |
| | ) | |
| Defendant. | ) | Jury Trial Demanded |

**NOTICE OF FILING**

To: Glen E. Amundsen
John D. LaBarbera
Robert Boroff
SMITH AMUNDSEN LLC
150 North Michigan Avenue
Suite 3300
Chicago, Illinois 60601

PLEASE TAKE NOTICE, that on April 24, 2008, Plaintiff filed its **Amended Complaint** with the Clerk of the Court for the United States District Court For the Northern District of Illinois, a copy of which is attached hereto and served upon you.

/s/ Michael P. Mullen
One of the attorneys for the Plaintiff

**CERTIFICATE OF SERVICE**

I, Michael P. Mullen, an attorney, certify that on April 24, 2008, I electronically filed its **Amended Complaint** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all persons listed above.

/s/ Michael P. Mullen

Michael P. Mullen
Scott M. Kolosso
Mullen & Foster
203 N. Wabash Ave., Suite 2300
Chicago, IL 60601