UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Native American Arts, Inc.
        Plaintiff,

v.                  Case No.: 1:07–cv–07111
                 Honorable Elaine E. Bucklo

Trippies, Inc., et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 28, 2008:

  MINUTE entry before Judge Honorable Elaine E. Bucklo:Plaintiff's counsel having advised the court that the case will be settled and that they need an extension of time to respond to motion to dismiss[17], response is extended to 5/21/08 and reply to 5/28/08.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.