UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

_____

| | |
|---|---|
| In the Matter of | Case |
| Native American Arts, Inc. v. Trippies, Inc. and Trippies, LLC | 07 CV 7111 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED ATTORNEY FOR:

**Trippies, LLC**

_____
_____
_____
_____

| |
|---|
| SIGNATURE<br>/s/ Glen E. Amundsen |
| FIRM<br>    **SmithAmundsen LLC** |
| STREET ADDRESS<br>    **150 NORTH MICHIGAN AVENUE, SUITE 3300** |
| CITY/STATE/ZIP<br>    **CHICAGO, IL 60601** |

| | |
|---|---|
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>3126776 | TELEPHONE NUMBER<br>(312) 894-3200 |

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES /x /    NO / / |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES / /    NO /x / |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES /x /    NO / / |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES / x /    NO / / |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL  / /                    APPOINTED COUNSEL  / / |