UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

___

| In the Matter of | Case |
|---|---|
| **Native American Arts, Inc. v. Trippies, Inc. and Trippies, LLC** | 07 CV 7111 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED ATTORNEY FOR:

**Trippies, LLC**

___
___
___
___

| SIGNATURE |
|---|
| /s/ Robert D. Boroff |

| FIRM |
|---|
| **SmithAmundsen LLC** |

| STREET ADDRESS |
|---|
| **150 NORTH MICHIGAN AVENUE, SUITE 3300** |

| CITY/STATE/ZIP |
|---|
| **CHICAGO, IL 60601** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6289100 | **(312) 894-3200** |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES /x /   NO / / |
|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES / /   NO /x / |
|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES / /   NO / x / |
|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES / x /   NO / / |
|---|---|

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL  / /                         APPOINTED COUNSEL  / / |