IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIVE AMERICAN ARTS, INC., ) | |
| ) | |
| Plaintiff, ) | Judge Bucklo |
| ) | |
| v. ) | Case No. 07 C 7111 |
| ) | |
| TRIPPIES, INC. AND TRIPPIES, LLC, ) | |
| ) | Jury Trial Demanded |
| Defendants. ) | |

### STIPULATION TO DISMISS

The parties stipulate and agree to the dismissal with prejudice of all claims by Plaintiff Native American Arts, Inc., against Defendants Trippies, Inc. and Trippies, LLC and to the entry of the Agreed Order containing an injunction against Trippies, LLC, the parties to bear their own costs and attorneys' fees incurred herein, and further that the Court retain jurisdiction to enforce the Settlement Agreement and Agreed Order.

DATED this 13th day of June 2008.

_____
Plaintiff Native American Arts, Inc.,
by one of its attorneys

_____
Defendants Trippies, Inc. and
Trippies, LLC, by one of their attorneys