**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NATIVE AMERICAN ARTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 C 7111 |
| | ) | |
| v. | ) | Judge Bucklo |
| | ) | |
| TRIPPIES, INC. AND TRIPPIES, LLC, | ) | |
| | ) | |
| Defendant. | ) | Jury Trial Demanded |

**NOTICE OF FILING**

To:   Glen E. Amundsen
      John D. LaBarbera
      Robert Boroff
      SMITHAMUNDSEN LLC
      150 North Michigan Avenue
      Suite 3300
      Chicago, Illinois 60601

   PLEASE TAKE NOTICE, that on June 17, 2008, Plaintiff filed its **Stipulation to Dismiss** with the Clerk of the Court for the United States District Court For the Northern District of Illinois, a copy of which is attached hereto and served upon you.

                                           /s/ Michael P. Mullen
                                           One of the attorneys for the Plaintiff

**CERTIFICATE OF SERVICE**

   I, Michael P. Mullen, an attorney, certify that on June 17, 2008, I electronically filed Plaintiff's **Stipulation to Dismiss** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel listed above.

                                           /s/ Michael P. Mullen

Michael P. Mullen
Scott M. Kolosso
Mullen & Foster
203 N. Wabash Ave., Suite 2300
Chicago, IL  60601