# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7111 | **DATE** | 6/17/2008 |
| **CASE TITLE** | Native American Arts, Inc vs. Trippies, Inc. And Trippies, LLC | | |

**DOCKET ENTRY TEXT**

Pursuant to the parties Stipulation to Dismiss, filed on 6/17/2008, this case is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees. All pending motions [17] are moot. Status hearing set for 7/9/2008 is stricken. Enter Agreed Order Between Plaintiff, Native American Arts, Inc. And Defendants, Trippies, Inc. And Trippies, LLC. Terminating case.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SB |
|---|---|---|